PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
3:99CR00310-001(JAF)

DOCKET NUMBER (Rec. Court)
05-553(cm)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| HECTOR MARIO LOPEZ-FRANCO<br><br>MOUNT KISCO, NY | PUERTO RICO | |
| | NAME OF SENTENCING JUDGE<br>JOSE A. FUSTE | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/13/02 | TO 5/12/06 |

OFFENSE

21 U.S.C. § 841(a)(1) - UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF 100 GRAMS OF HEROIN, A CLASS B FELONY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __PUERTO RICO__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __SOUTHERN DISTRICT OF NEW YORK__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/3/05
_Date_                                              _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/25/05
_Effective Date_                                    _United States District Judge_

EF/