## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    vs.                                      Case No.: 03-99-CR-310-01

**HECTOR MARIO LOPEZ-FRANCO**

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION IN RESPONSE TO COURT ORDER ISSUED
### ON JUNE 24, 2005

**TO THE HONORABLE JOSE A FUSTE, CHIEF**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, JOSE A SOTO-SANTIAGO, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

    1. That pursuant to Court Order dated June 24, 2005, a supervision status report and early termination stance was requested.

    2. That Mr. López-Franco was sentenced on April 26, 2000, to serve a thirty seven month imprisonment term after having pled guilty to violating Title 21, <u>U.S. Code</u>, Section 846. A four (4) year supervised release term to be served upon release from federal custody was also imposed. The releasee was ordered to pay a special monetary assessment in the amount of $100, submit to drug testing, and if removed by the U.S. Immigration and Naturalization Service, to remain out of the jurisdiction of the United States.

    3. On May 13, 2002, Mr. López-Franco was released from imprisonment to begin the imposed four (4) year supervised release term in the Southern District of New York. As such, the District of Puerto Rico has never supervised Mr. López-Franco.

    4. That on May 25, 2005, transfer of jurisdiction was completed and accepted by the Southern District of New York .

**WHEREFORE,** unless the Court rules otherwise, this motion is respectfully submitted for Your Honor for informational purposes only.

In San Juan, Puerto Rico, this 21th day of July 2005.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER

        **s/ José A. Soto-Santiago**
        Supervising U.S. Probation Officer
        Federal Office Building, Office 400
        150 Carlos Chardón Ave.
        San Juan, P.R. 00918-1741
        (787)766-5818
        Jose_Soto@prp.uscourts.gov

### CERTIFICATE OF SERVICE

**I HEREBY** certify that on **July 21, 2005,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Humberto García, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: Joseph Law, Federal Public Defender, 241 Roosevelt Avenue, El Patio Gallery, San Juan, P.R. 00918.

**At San Juan, Puerto Rico, May 25, 2005.**

        **s/ José A. Soto-Santiago**
        Supervising U.S. Probation Officer
        Federal Office Building, Office 400
        150 Carlos Chardón Ave.
        San Juan, P.R. 00918-1741
        (787)766-5818
        Jose_Soto@prp.uscourts.gov

JAS